UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

\* \* \* \* \*

Re:

    THOM A. LATTIG                           Case No.  GG10-04665
    SARAH J. LATTIG                        Filed:  4/9/10

    Debtor(s)

_____/

<u>AFFIDAVIT:  NO OBJECTION TO THIRD AMENDMENT TO CHAPTER 13 PLAN</u>

     The undersigned person certifies to the Court under the penalties of perjury that a Third Amendment to Chapter 13 Plan was served on July 22, 2013, that the notice required that the copies of any written objections be filed with the undersigned, that 28 days have elapsed, and that no written objections, response, or request for hearing was received within 28 days of the date of service of the notice.

     The undersigned therefore requests that this Court enter an Order approving the amendment.


Dated: August 20, 2013                        WEST MICHIGAN BANKRUPTCY
                                                      CLINIC, P.C.

                                                       /S/_____
                                                       by Janet S. Thomas  (P41217)
                                                       Attorney for Debtor(s)
                                                       P.O. Box 1225
                                                       Muskegon, MI  49443-1225
                                                       Telephone:  (231) 726-4823